JS-6

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10

11  GABRIEL MACIAS,                        Case No. 5:24-cv-02408-JC

12                        Plaintiff,       JUDGMENT

13           v.

14
     LELAND DUDEK[1], Acting
15   Commissioner of Social Security,

16

17                        Defendant.

18

19

20       Having approved the parties' joint stipulation to voluntary remand

21  pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

22  COURT ADJUDGES AND DECREES that judgment is entered in favor of

23  Plaintiff and against Defendant, reversing his final decision.

24  Date:  March 6, 2025

25                                    _____/s/_____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    UNITED STATES MAGISTRATE JUDGE

27

28       [1]Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the
     current Acting Commissioner of Social Security, is substituted in as the defendant in this suit.